Omar Ortega, State Bar No. 226305
Email: fedcourt@pierrepierrelaw.com
Pierre Pierre Law, P.C.
211 East 43rd Street, Suite 608
New York, NY 10017
Telephone: (646) 992-8383
Facsimile: (718) 504-6962

Attorneys for Plaintiff:
James Michael Forte

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| James Michael Forte,<br>    Plaintiff.<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant. | Case No.: CV18-02050 AFM<br><br>**[PROPOSED] ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of EIGHT THOUSAND DOLLARS 00/100 ($8,000.00) plus FOUR HUNDRED DOLLARS 00/100 ($400.00) for cost and filing fees, subject to the terms of the Stipulation.

Dated: November 29, 2018

_____
Alexander F. MacKinnon
United States Magistrate Judge